No. 66.   LUTWAK ET AL. v. UNITED STATES.   C. A. 7th Cir.   Certiorari granted.   *Anthony Bradley Eben, Richard F. Watt* and *Joseph L. Nellis* for petitioners.   *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 89.   AUTOMATIC CANTEEN CO. v. FEDERAL TRADE COMMISSION.   C. A. 7th Cir.   Certiorari granted.   *Edward F. Howrey, L. A. Gravelle, Emil N. Levin* and *Elmer M. Leesman* for petitioner.   *Solicitor General Perlman* and *W. T. Kelley* filed a memorandum for respondent, stating that the Government does not oppose allowance of the petition.

No. 139.   SHAUGHNESSY, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION, v. UNITED STATES EX REL. MEZEI.   C. A. 2d Cir.   Certiorari granted.   *Solicitor General Perlman* for petitioner.   *Jack Wasserman* for respondent.

No. 150.   WESTERN PACIFIC RAILROAD CORP. ET AL. v. WESTERN PACIFIC RAILROAD CO. ET AL.; and

No. 160.   METZGER ET AL. v. WESTERN PACIFIC RAILROAD CO. ET AL.   C. A. 9th Cir.   Certiorari granted.   *Herman Phleger, Moses Lasky, Frank C. Nicodemus, Jr.* and *Norris Darrell* for petitioners in No. 150.   *Julius Levy* for petitioners in No. 160.   *Allan P. Matthew, James D. Adams* and *Walker W. Lowry* for the Western Pacific Railroad Co. et al., and *Everett A. Mathews, A. Donald MacKinnon* and *Forbes D. Shaw* for the Western Realty Co., respondents.   Reported below: 197 F. 2d 994, 1012, 1013.

No. 203.   CITY OF NEW YORK v. NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO.   C. A. 2d Cir.   Cer-